STEVEN C. TOSCHI (SBN 124551)
TOSCHI • SIDRAN • COLLINS • DOYLE
100 Webster Street, Suite 300
Oakland, California 94607
Tel: (510) 835-3400
Fax: (510) 835-7800

Attorneys for Defendant,
DENNIS ALLEN SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE FIGUEROA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS ALLEN SMITH, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C06-02628 EMC<br><br>STIPULATION TO SET ASIDE DEFAULT<br><br>Action Filed on April 19, 2006 |

IT IS HEREBY STIPULATED by and between the parties hereto that there is good cause for setting aside the default entered by Plaintiff FREDDIE FIGUEROA in this matter against Defendant DENNIS ALLEN SMITH. Defendant ALLEN may file a responsive pleading.

DATED: 6/1/06         THE WALSTON LEGAL GROUP

By: _____
GREGORY WALSTON
Attorneys for Plaintiff FREDDIE FIGUEROA

DATED: 6/15/06        TOSCHI • SIDRAN • COLLINS • DOYLE

_____
STEVEN C. TOSCHI
Attorneys for Defendant DENNIS ALLEN SMITH

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge
Dated: 6/27/06

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO SET ASIDE DEFAULT