# TOSCHI · SIDRAN · COLLINS · DOYLE
### A PROFESSIONAL CORPORATION

DAVID R. SIDRAN *
STEVEN C. TOSCHI
WAYNE M. COLLINS
GREGORY M. DOYLE
JEFF D. FEINBERG
CHRISTOPHER T. SMITH †
SUMAIR S. SANDHU
ELAN ALEXANDER
JOHN T. MENO
DENNIS CHIN
CAREY D. SEBERA
ARVON J. PERTEET
STEPHANIE I. KEENEY

*ADMITTED IN CALIFORNIA AND NEVADA

†ADMITTED IN NEVADA

100 WEBSTER ST., SUITE 300
OAKLAND, CA 94607
T: 510.835.3400
F: 510.835.7800
www.toschisidran.com

LAS VEGAS

1750 N. BUFFALO DR., SUITE 104-101
LAS VEGAS, NV 89128
T: 702.256-5589
F: 702.240.4896

LOS ANGELES

6080 CENTER DRIVE, 6TH FLOOR
LOS ANGELES, CA 90045
T: 310.242.5226
F: 310.242.5201

January 10, 2007



IT IS SO ORDERED

Judge James Larson

<u>Via e-file</u>

Magistrate Judge James Larson
Department 24
U. S. District Court
Federal Building
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: *Figueroa v. Smith, et al.*
United States District Court Northern District: Case no. C06-02628 SI (JL)

Dear Judge Larson:

Pursuant to agreement of both parties and telephone request to your Clerk, Denise, we respectfully request that the Mandatory Settlement Conference currently set for February 2, 2007 be rescheduled to **March 27, 2007 at 10:00 a.m. in your Department.**

Thank you for your consideration.

Sincerely,

TOSCHI · SIDRAN · COLLINS · DOYLE
A Professional Corporation

DAVID R SIDRAN

cc: Gregory S. Walston, Esq., Plaintiff's Counsel