UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDDIE FIGUEROA,

       Plaintiff,

  v.

DENNIS SMITH,

       Defendants.

_____/

No. C 06-2628 SI  (JL)

RESCHEDULING OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE due to a change in the judge's calendar, the further settlement conference previously set for Tuesday, May 15, 2007 at 10:00 a.m. has been rescheduled to **Wednesday, May 30, 2007 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED:   May 2, 2007

                                                _____
                                                JAMES LARSON
                                                Chief Magistrate Judge

FURTHER SETTLEMENT CONFERENCE NOTICE